## HICKS v. STATE.
No. 22655.

Court of Criminal Appeals of Texas.
Dec. 8, 1943.

Polk Shelton, of Austin, for appellant.
Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Murder is the offense; the punishment, three years' confinement in the state penitentiary.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.